UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF RUTH C. BISIGNANO, by and through its administrator, FRED HUNTSMAN, and ESTATE OF FRANK BISIGNANO, as successor in interest to RUTHIE BISIGNANO, by and through its administrator, FRED HUNTSMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>EXILE BREWING COMPANY, LLC,<br><br>Defendant. | CASE NO. 4:22-cv-00121 |

## UNRESISTED MOTION FOR SETTLEMENT CONFERENCE

Pursuant to Local Rule 72B, Plaintiffs, the Estate of Ruth C. Bisignano and the Estate of Frank Bisignano, by and through the undersigned counsel, hereby request enter an Order for a settlement conference, to be held on or before July 29, 2022, and state:

1. LR 72B(c) states:

c. **Designation of Cases.** The court may schedule a settlement conference whenever the court concludes that the nature of the case, the amount in controversy, or the status of the case indicates a settlement conference might be beneficial. Additionally, the parties should consider the use of ADR at every appropriate stage in the litigation. Upon the request of any party, which may be made ex parte and at any stage of the proceedings, the court will consider scheduling a settlement conference.

2. Pursuant to LR 72B, it is believed that an Order for a settlement conference via private mediation is needed and would be beneficial given the nature

of the case, the advanced stage of the case, the status of the case, and other circumstances confidentially discussed between the parties.

3. The parties have conferred and have mutually agreed to having Judge Mark Bennett (Ret.) serve as the mediator to facilitate a resolution of the parties' dispute.

4. Plaintiffs further request the Court set a deadline of July 29, 2022 in which to conclude the settlement conference.

5. Therefore, Plaintiffs respectfully request the Court enter an order directing the parties and their insurers to participate in a settlement conference via private mediation with Judge Mark Bennett (Ret.) or some other qualified natural person mutually agreed upon by the parties if Judge Bennett is unable to mediate this case before July 29, 2022.

6. Pursuant to LR 7(k), counsel for Plaintiffs have conferred with counsel for Defendant regarding this motion, and counsel for Defendant has advised that Defendant does not object to this motion.

WHEREFORE, Plaintiffs respectfully request the Court enter an order directing the parties and their insurers to participate in a settlement conference via private mediation with Judge Mark Bennett (Ret.) (or another qualified person if Judge Bennett is unavailable) by July 29, 2022.

    Respectfully submitted,

    /s/*Scott M. Wadding*
    Scott M. Wadding  AT0010447
    Matthew G. Sease AT0010484
    SEASE & WADDING

                                              104 Southwest Fourth Street
                                              Des Moines, Iowa 50309
                                              Telephone: (515) 883-2222
                                              Facsimile: (515) 883-2233
                                              swadding@seasewadding.com
                                              msease@seasewadding.com
                                              **ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

       The undersigned does hereby certify that on May 10, 2022, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

                                        */s/ Scott M. Wadding*
                                        SCOTT M. WADDING   AT00010447

## **SERVICE LIST**

Robert S. Keith
Kristina J. Kamler
Alexis M. Wright
ENGLES, KETCHAM, OLSON, & KEITH, P.C.
1350 Woodmen Tower
Omaha, Nebraska 68102
Telephone: (402) 348-0900
Facsimile: (402) 348-0904
rkeith@ekoklaw.com
kkamler@ekoklaw.com
awright@ekoklaw.com
ATTORNEYS FOR EXILE BREWING COMPANY, LLC

3