IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| ESTATE OF RUTH C. BISIGNANO, by and through its administrator, FRED HUNTSMAN, and ESTATE OF FRANK BISIGNANO, as successor in interest to RUTHIE BISIGNANO, by and through its administrator, FRED HUNTSMAN, | ) ) ) ) ) ) ) | CASE NO. 4:22-cv-121 |
| Plaintiffs, | ) ) | **REPLY AND RESPONSE TO DOC. NO. 24** |
| vs. | ) ) | |
| EXILE BREWING COMPANY, LLC, | ) ) | |
| Defendant. | ) | |

**COMES NOW** Defendant, Exile Brewing Company, LLC, and hereby states as follows in Reply and Response to Plaintiffs' Response to Exile's Motion to Seal (Doc. No. 23) and Motion to Seal (Doc. No. 24):

1. In Doc. No. 23, it is represented that Exile publicly filed the complete case docket "despite the Iowa District Court's Protective Order…"

2. In Doc. No. 24, Plaintiff represents that Defendant has "no objection" to filing under seal the information identified in paragraph 2 of Doc. No. 24.

3. On May 9, 2022 at 12:49 p.m., counsel for Plaintiffs sent to Defendant's counsel an e-mail containing the portions of the record that Plaintiffs sought to have sealed.

4. Defendant's counsel responded "I do not object to those portions of the record being sealed. However, I also prefer to review the actual pleading that you intend to file so that I can verify that there is no objection to said pleading." Exhibit 1.

5. In response to said e-mail and at 2:54 p.m., counsel for Plaintiffs sent to counsel for Defendant one document titled "Notice of Consent to Defendant's Motion to Seal (Doc. 21) and Cross-Motion to Seal Additional Confidential Information," inquiring as to whether Defendant objected to the Motion.

6. At 3:58, Defendant's counsel did, in fact, communicate an objection to the filing - Defendant objected to the inclusion of any reference to the Iowa District Court's Protective Order as a basis for sealing the documents.

7.   For clarity in the record, Defendant respectfully submits that the state court Protective Order should be observed until the transition of this case from state court to federal court is completed and a new Protective Order, compliant with the federal rules of civil procedure and this Court's local rules, is entered.

8.   Defendant further submits that it does not object to the Court sealing the records that Plaintiffs request to be sealed temporarily, until after the Parties have conferred and the Court has entered said new Protective Order in this case.

9.   This lack of objection should not be considered a waiver of objection to or an agreement that the materials Plaintiffs seek to seal are in fact materials entitled to confidential protection under the federal rules of civil procedure or this Court's local rules.

10.   Defendant specifically disputes that any information in Tony Bisignano's deposition qualifies as medical treatment, diagnosis, or material entitled to any confidential protection under the federal rules of civil procedure or this Court's local rules.

**WHEREFORE**, Defendant, Exile Brewing Company, LLC, respectfully submits this clarification for the record. While Defendant does not object to the Court temporarily sealing the records that Plaintiffs seek to have sealed, Defendant would request that any Order entered by the Court be termed "temporary" until after the Parties have further conferred and the Court has entered a Protective Order compliant with the federal rules of civil procedure and this Court's local rules.

EXILE BREWING COMPANY, LLC, Defendant,

By:___/s/ Kristina J. Kamler_____
     ENGLES, KETCHAM, OLSON, & KEITH, P.C.
     1350 Woodmen Tower
     Omaha, Nebraska 68102
     (402) 348-0900  Fax (402) 348-0904
     Robert S. Keith, #AT0012066
     rkeith@ekoklaw.com
     Kristina J. Kamler, #AT0009772
     kkamler@ekoklaw.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2022, I electronically filed the foregoing with the Iowa Court System using the electronic filing system and will e-mail to the following:

Matthew G. Sease, #AT0010484
Scott M. Wadding, #AT0010447
Sease & Wadding
104 S.W. 4 St., Suite A
Des Moines, IA 50309
(515) 883-2222  Fax (515) 883-2233
msease@seasewadding.com
swadding@seasewadding.com

/s/ Kristina J. Kamler