IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF RUTH C. BISIGNANO, by and through its administrator, FRED HUNTSMAN, and ESTATE OF FRANK BISIGNANO, as successor in interest to RUTHIE BISIGNANO, by and through its administrator, FRED HUNTSMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXILE BREWING COMPANY, LLC,<br><br>　　　　Defendant. | CASE NO. 4:22-CV-00121<br><br>**Joint Report Concerning Mediation** |

COME NOW, the Parties who, incompliance with the Court's Text Order (Doc. No. 41), hereby submit this Joint Report Concerning Mediation to advise the Court as follows:

1. The Court Order mediation for this matter was completed on Tuesday, August 16, 2022.

2. The mediation was unsuccessful in resolving any issue in the case.

3. The Mediator considers the mediation to be completed and has closed his file.

4. The Parties acknowledge that going forward the Court may re-refer the Parties to mediate at any point.

　　　　　　　　　　EXILE BREWING COMPANY, LLC, Defendant,

　　　　　　　　　　By:   /s/ Kristina J. Kamler
　　　　　　　　　　　　ENGLES, KETCHAM, OLSON, & KEITH, P.C.
　　　　　　　　　　　　1350 Woodmen Tower
　　　　　　　　　　　　Omaha, Nebraska 68102
　　　　　　　　　　　　(402) 348-0900  Fax (402) 348-0904

        Robert S. Keith, #AT0012066
        rkeith@ekoklaw.com
        Kristina J. Kamler, #AT0009772
        kkamler@ekoklaw.com

Approved as to form and content:


By:   /s/ Scott M. Wadding
      SEASE & WADDING
      104 S.W. 4 Street, Suite A
      Des Moines Iowa 50309
      (515) 883-2222  Fax (515) 883-2233
      Matthew G. Sease, #AT0010484
      msease@seasewadding.com
      Scott M. Wadding, #AT0010447
      swadding@seasewadding.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was e-mailed to the following this 26th day of July, 2022:

Matthew G. Sease, #AT0010484
Scott M. Wadding, #AT0010447
Sease & Wadding
104 S.W. 4 St., Suite A
Des Moines, IA 50309
(515) 883-2222  Fax (515) 883-2233
msease@seasewadding.com
swadding@seasewadding.com

        /s/ Kristina J. Kamler