| To: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313–1450 | ***REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK*** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Southern District of Iowa on the following: ___ Patents or _X_ *Trademarks*:

| *DOCKET NO.*<br>4:22–cv–00121–SHL–SBJ | *DATE FILED*<br>4/8/2022 | *US District Court* Southern District of Iowa<br>Des Moines, IA |
|---|---|---|
| PLAINTIFF<br>Fred Huntsman | | DEFENDANT<br>Exile Brewing Company, LLC |
| ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** |
| 1. SEE ATTACHED | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above–entitled case, the following patents(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>__ Amendment __ Answer __ Cross Bill __ Other Pleading | |
|---|---|---|
| ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** | ***PATENT OR TRADEMARK NO.*** |
| 1. | 6. | 11. |
| 2. | 7. | 12. |
| 3. | 8. | 13. |
| 4. | 9. | 14. |
| 5. | 10. | 15. |

In the above–entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT: SEE ATTACHED |
|---|

| CLERK<br>John S. Courter | (BY) DEPUTY CLERK<br>Nicole L Allison | DATE<br>5/15/2024 |
|---|---|---|