UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF RUTH C. BISIGNANO, by and through its administrator, FRED HUNTSMAN, and ESTATE OF FRANK BISIGNANO, as successor in interest to RUTHIE BISIGNANO, by and through its administrator, FRED HUNTSMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>EXILE BREWING COMPANY, LLC,<br><br>Defendant. | CASE NO. 4:22-cv-00121<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**COME NOW,** the Parties, who hereby notify the Court that the Parties have entered into a settlement. In accordance with the terms of that settlement, the Parties hereby stipulate that the above captioned matter is dismissed with prejudice and with each Party to pay their own costs and attorney's fees. The Parties, likewise, jointly move this Court for the entry of an Order, confirming the dismissal of this case with prejudice and with each Party to bare their own costs and attorney's fees.

**WHEREFORE**, the Parties respectfully request entry of an Order, dismissing this case with prejudice and with each Party to bare their own costs and attorney's fees.

Dated: May 1, 2024

Respectfully submitted,

ESTATE OF RUTH BISIGNANO and ESTATE OF FRANK BISIGNANO by and through their administrator, FRED HUNTSMAN

By: */s/ Scott M. Wadding*
    Scott M. Wadding, AT0010447
    Matthew Sease, AT0010484
    Delaney Kozlowski, AT0015277
    SEASE & WADDING
    104 Southwest Fourth Street
    Des Moines, IA 50309
    Telephone: (515) 883-2222
    swadding@seasewadding.com
    msease@seasewadding.com
    dkozlowski@seasewadding.com

EXILE BREWING COMPANY, LLC, Defendant,

By: */s/ Kristina J. Kamler*
    Kristina J. Kamler, AT0009772
of  BAIRD HOLM LLP
    1700 Farnam Street, Suite 1500
    Omaha, NE 68102-2068
    Phone: 402-344-0500
    KKamler@bairdholm.com

6261568.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of May, 2024, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Kristina J. Kamler
>BAIRD HOLM LLP
>1700 Farnam Street, Suite 1500
>Omaha, NE  68102-2068
>Phone: 402-344-0500
>KKamler@bairdholm.com

*/s/ Scott M. Wadding*